NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PEDRO VALDEZ and NATIONAL )
SOURCING, INC., )
                                  )
         Appellants, )
                                  )
                                  )
v. )     Case Nos.  2D18-124
                                  )                     2D18-128
STEPHEN BRACCIALE and )                    2D18-2703
SAINT ANTON CAPITAL, LLC, )
                                  )     **CONSOLIDATED**
         Appellees. )
_____)

Opinion filed September 25, 2019.

Appeal from the Circuit Court for
Hillsborough County; Steven Scott
Stephens, Judge.

Monterey Campbell and Kristie Hatcher-
Bolin of GrayRobinson, P.A., Lakeland;
and Kevin L. Dees, Harry P. Teichman
and J. Carlton Mitchell of Older & Lundy
& Alvarez, Tampa, for Appellant National
Sourcing, Inc.

Brent C.J. Britton and Lauren Orebaugh
of de la Pena & Holiday LLP; Scott R.
Lilly of Lilly Law, PLLC, and Brent A.
Gordon of The Gordon Law Firm, Tampa
(withdrew after briefing); Paige A.
Greenlee of Greenlee Law, PLLC, Tampa
(substituted as counsel of record), for
Appellee Pedro Valdez.

Patrick M. Chidnese and Stacy D. Blank
of Holland & Knight LLP, Tampa, for
Appellees.

PER CURIAM.

Affirmed.

SLEET, SALARIO, and BADALAMENTI, JJ., Concur.